# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| YVONNE DANIEL, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case Number: 06-13655 |
| v. | Honorable PAUL D. BORMAN |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. / | |

■  **Decision by Court.**  This action came before the Court, Honorable Paul D. Borman, presiding, and in accordance with the Opinion and Order Adopting the Magistrate Judge's Report and Recommendation,

**IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant recover of the plaintiff his costs of action as provided by law.


Date   9/7/07                          David Weaver, Clerk of Court

                                       s/Denise Goodine
                                       Deputy Clerk